§JS 45 (5/97) - (Revised USAO MA 11/15/05)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

Place of Offense: __MA__     Category No. __II__     Investigating Agency __ATF/BPD__

City __Boston__

County __Suffolk__

Related Case Information:
Superseding Ind./ Inf. _____ Case No. __08 CR 10071 RGS__
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __Brima Wurie__     Juvenile  [ ] Yes  [x] No

Alias Name _____

Address __315 Silver Street, South Boston__

Birth date (Year only): __1979__  SSN (last 4 #): __7751__  Sex __M__  Race: __Black__  Nationality: __American__

**Defense Counsel if known:** _____     **Address:** _____

Bar Number: _____

## U.S. Attorney Information:

AUSA __Gretchen Lundgren__     Bar Number if applicable __644742__

Interpreter:  [ ] Yes  [x] No     List language and/or dialect: _____

Victims:  [ ] Yes  [x] No     If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  [ ] Yes  [ ] No

Matter to be SEALED:  [ ] Yes  [x] No

[ ] Warrant Requested     [ ] Regular Process     [x] In Custody

## Location Status:

Arrest Date: __9/5/07__

[ ] Already in Federal Custody as _____ in _____
[x] Already in State Custody     __Nashua Street Jail__     [ ] Serving Sentence     [x] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document:  [ ] Complaint     [ ] Information     [x] Indictment

Total # of Counts:  [ ] Petty     [ ] Misdemeanor     [x] Felony  __3__

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3-27-08__     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 922(g)(1) | felon in possession of firearm/ammunition | 1 |
| Set 2 | 21 U.S.C. 841 | dist. of cocaine base/school zone | 2 |
| Set 3 | 21 U.S.C. 841 | possession with intent to dist. cocaine base/school zone | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: