**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIM NO. 08-10071-RGS |
| | ) | |
| **BRIMA WURIE** | ) | |

### MOTION FOR STATUS CONFERENCE

The government respectfully requests that this Court schedule a Status Conference in this case at its earliest convenience.  The government makes this request because it appears from the government's perspective that there may have been a breakdown in the relationship between the defendant and his counsel in this case.  Among other things, the government has been advised that the defendant has not even been interviewed as of this date because the defendant declines to be interviewed without a lawyer present and counsel has not returned Probation's calls because he apparently intends to file a motion to withdraw.

The government does not intend by this filing to intrude in any way on the relationship between defense counsel and his client.  The government does believe, however, that the defendant is facing a very serious sentence, that cooperation with Probation is essential for this Court to get information it requires to determine what an appropriate sentence should be, and that, if there is a breakdown in the attorney-client relationship, it should be addressed by the court in a prompt hearing in which the government is excused. See United States v.

Prochilo, 187 F.3d 221 (1st Cir. 1998).

        Respectfully submitted,

        CARMEN M. ORTIZ
        UNITED STATES ATTORNEY

By:   /s/ John A. Wortmann, Jr.
        JOHN A. WORTMANN, JR.
        Assistant U.S. Attorney
        One Courthouse Way
        Boston, MA
        (617) 748-3207

**CERTIFICATE OF SERVICE**

    The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

        /S John A. Wortmann, Jr. 5/4/10
        JOHN A. WORTMANN, JR.
        Assistant U.S. Attorney