# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | DOCKET NO. 08-10071 |
| | ) | |
| **BRIMA WURIE** | ) | |
| Defendant | ) | |
| | ) | |

## MOTION OF COUNSEL TO WITHDRAW AS COUNSEL OF RECORD AND INCORPORATED FACTS

    Now comes John Benzan, the present counsel of record for Brima Wurie, the above-named defendant, and hereby moves this Honorable Court for leave to withdraw as counsel of record and for the appointment of new counsel.

    As reasons therefore, counsel states and avers that an irretrievable breakdown of the attorney-client relationship has occurred and there is absolutely no chance for it to be re-constructed. Specifically, the defendant has expressed both privately and publicly that he has no confidence in the undersigned counsel to further represent him. The defendant and his family have indicated to counsel in no uncertain terms that they wish for him to withdraw as counsel and to discontinue further representation of Brima Wurie.

    Furthermore, counsel cannot continue to represent Brima Wurie due to the irretrievable breakdown of the relationship between them. Counsel cannot work with the defendant in preparing an adequate sentencing presentation due to the lack of mutual trust and confidence.

    The defendant, Brima Wurie, has been in federal custody since the date of his arrest and does not possess sufficient funds to hire new private counsel. The undersigned counsel further moves that this Honorable Court appoint him new counsel.

Date: May 20, 2010

                                            Respectfully submitted,

                                            ___/S/_____
                                            John Benzan BBO#555874
                                            P.O. BOX 620667
                                            Newton Lower Falls, MA 02462
                                            Fax: (781) 235-6968
                                            Tel: (617) 733-7723