United States District
Court of Massachusetts

U.S., Plantiff
V.                    CR. NO. 08-10071-RGS
Wurie, defendant

Motion for release pursuant to
18 U.S.C Section 3142(a)(1)

I, Brima Wurie, hereby move in this court for release

Date: 7/22/13

Release on personal recognizance, or alternative, an unsecured bond
___

On May 17, 2013 the first circuit of appeals vacated my conviction. The first circuit stated that all the evidence in my case have been surpressed. <u>U.S. V. Wurie, 2013 U.S. app. Lexis 9937</u>

According to title 18 U.S.C section 3142(a)(1), the court "shall" (must) order my release. See <u>United States V. Dinunzio 2008 U.S. Dist. Lexis 119271.</u> A reversal by an En banc court or supreme court is unlikely, even if sought by government.

September of 2002, was the last and most recent violent charge I had which I also bailed out for, and appeared at all my hearings for that case.

I have a 6 year old daughter whom I've only held in my arms for the first six months of her life.

## Conclusion

I humbly ask this court to be released because I am not a federal felon, nor a flight risk or a danger to my community. Most importantly, I am <u>not</u> facing any charges.

Respectfully,

*[signature]*

Brima Wurie #24753-038
FCI Berlin
P.O. Box 9000
Berlin, N.H. 03570

2

Certificate of Service

I hereby certify that the foregoing was mailed to the Massachusetts U.S. District Court in Boston on  7/29/13

Respectfully,