# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: **SUPERINTENDENT, FCI BERLIN**
         **1 Success Loop Road, Berlin, NH**

YOU ARE COMMANDED to have the body of     **BRIMA WURIE USM #24753-038; DOB 1979**

 now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __21__, on the __7th__ floor, Boston, Massachusetts on or before  _MARCH 16, 2015_, at _12:00_ P.M.

for the purpose of _____Re-Sentencing Hearing_____

in the case of    UNITED STATES OF AMERICA V.    __BRIMA WURIE__

CR Number ____1:08CR10071 -01- RGS____

And you are to retain the body of said ____BRIMA WURIE____ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said ___BRIMA WURIE___ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __23rd__ day of __February 2015__.


 /s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

                                                   ROBERT M. FARRELL
                                                   CLERK OF COURT
       SEAL

                                             By:____/s/ Terri Seelye_____
                                                   Deputy Clerk


(Writ Cline.wpd - 5/27/08)